```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611017977
Cashier ID: hernandc
Transaction Date: 03/21/2019
Payer Name: Anthony G. Thomas
-----------------------------------------
CIVIL FILING FEE
 For: Anthony G. Thomas
 Case/Party: 5-CAN-5-CV-19-001480-001
 Amount:         $400.00
-----------------------------------------
CREDIT CARD
 Amt Tendered: $400.00
-----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

JSW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

