Anthony Thomas, in proper
7725 Peavine, Pearcy
Reno, Nv.

Request for Emergency Stay....

FILED
MAR 21 2019  3/21/19
SUSAN Y. SOONG  2:52 pm
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case #: CV 19 1480 JSW

Petitioner/Plantiff Mr. Anthony Thomas respectfully requests this honorable Court assigned from the Clerks Office, San Jose, Ca. to issue an emergency stay of the Court Confirmation hearing of the corrupted auction process w/out proper notification alleged in these pleadings whereby a large uncut emerald 22,000 carats, over 60 lbs in weight and appraised by a world famous gemologist, James Lytle, at over $300 million US dollars has been auctioned in conspiratorial fraud for $21,000. in cases # BK-N-14-50333 BTB
BK-N-14-50331 BTB the judge Bruce T Beesley presiding and is the lead defendant in this lawsuit alleging $900 million in damages.
The Court Confirmation hearing is

Pg. 1 of 2

Scheduled on calendar in Reno, Nevada 300 Booth St. United States Bankruptcy Court Room 309 at 10:00AM on 3/22/19 tomorrow!!

Judge Beesley must recuse himself, the confirmation of this purposeful knowing and illegal fraud on the Court must go NO further.

It is on your desk and your Petitioner prays for a stay of 60-90 days to sort out this matter and resolve the claims, I allege, as the true owner of this the ~~Thomas~~ emerald.

I swear under penalty of perjury of the laws of California and Nevada that all of the above is true.

DATE: 3/21/19            X Tony Thomas
                           Anthony Thomas
                           Plaintiff
                           Case #

Pg-2 of 2