AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California



E-FILING

Anthony G. Thomas, individually, and on behalf of the General Public acting as a Private Attorney General,

*Plaintiff(s)*

v.

Bruce T. Beesley, Mrs. Beesley, Jeffrey L. Hartman, Mrs. Hartman, Jeri Coppa-Knudson, Ken Tersini, Mrs. K. Tersini, Mark Tersini, Mrs. M. Tersini, Jennifer Jodoin, Mr. Jodoin, Wayne Silver, Mrs. Silver, Kenmark Ventures, LLC; Steven Stremmel, Mrs. S. Stremmel, Hudson Stremmel, and DOES 1-1000, inclusive.

*Defendant(s)*

Civil Action No. CV 19 1480

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bruce T. Beesley, Mrs. Beesley, Jeffrey L. Hartman, Mrs. Hartman, Jeri Coppa-Knudson, Ken Tersini, Mrs. K. Tersini, Mark Tersini, Mrs. M. Tersini, Jennifer Jodoin, Mr. Jodoin, Wayne Silver, Mrs. Silver, Kenmark Ventures, LLC, Steven Stremmel, Mrs. S. Stremmel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. Anthony G. Thomas
7725 Peavine Peak Court
Reno, NV 89523
Tel: (408) 640-2795
E-mail: atemerald2@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Betty J. Walton

Date: MAR 21 2019

*Signature of Clerk or Deputy Clerk*