**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>      Plaintiff,<br><br>v.<br><br>BRUCE T. BEESLEY, et al.,<br><br>      Defendants. | Case No.: CV-19-1480 JSW |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO: The Court and All Parties and Counsel That Have Appeared Herein:**

PLEASE TAKE NOTICE that Defendant WAYNE A. SILVER, reserving all rights and remedies, hereby appears in *pro s*e, and requests electronic notice in the above-captioned civil action to: ws@waynesilverlaw.com.

Date: March 29, 2019

/s/ *Wayne A. Silver*
Wayne A. Silver, defendant in *pro se*

**CERTIFICATE OF SERVICE BY REGULAR MAIL**

I, Wayne A. Silver, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 643 Bair Island Road, Suite 403 Redwood City, CA 94063. I am a defendant in the above-captioned civil action ("Action").

On March 29, 2019 I served the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE on Anthony Thomas, Plaintiff in the Action, by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Anthony Thomas
7725 Peavine Peak Court
Reno, NV 89523

and on the same day, deposited said envelope in the U.S. Mail at Henderson, Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2019 at Henderson, Nevada.

/s/ *Wayne A. Silver*
Wayne A. Silver