**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se, and attorney for*
*Defendant AMY N. TIRRE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>        Plaintiff,<br>v.<br>BRUCE T. BEESLEY, et al.,<br><br>        Defendants. | Case No.: CV-19-1480 JSW |

**NOTICE OF APPEARANCE OF DEFENDANT AMY N. TIRRE**
<u>**AND REQUEST FOR NOTICE**</u>

**TO: The Court and All Parties and Counsel That Have Appeared Herein:**

PLEASE TAKE NOTICE that Defendant AMY N. TIRRE, reserving all rights and remedies, hereby appears through her undersigned attorney, and request all notices in this action be sent to:

**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Email: ws@waynesilverlaw.com

Date: April 8, 2019                `       */s/ Wayne A. Silver*
                                            Wayne A. Silver, defendant in *pro se*, and
                                            attorney for Defendant AMY N. TIRRE

**CERTIFICATE OF SERVICE**

I, Wayne A. Silver, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 643 Bair Island Road, Suite 403 Redwood City, CA 94063. I am a defendant in the above-captioned civil action ("Action"), and counsel for Defendant AMY N. TIRRE.

On April 8, 2019 I electronically filed the foregoing NOTICE OF APPEARANCE OF DEFENDANT AMY N. TIRRE AND REQUEST FOR NOTICE with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in this Action that are registered as CM/ECF users will be served by the CM/ECF system.

In addition on said date, I served the foregoing document on Anthony Thomas, Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Anthony Thomas
7725 Peavine Peak Court
Reno, NV 89523

and on the same day, depositing said envelope in the U.S. Mail at Henderson, Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2019 at Henderson, Nevada.

/s/ *Wayne A. Silver*
Wayne A. Silver