**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se, and attorney for*
*Defendants KENMARK VENTURES, LLC,*
*KEN TERSINI, MARK TERSINI, JENNIFER JODOIN,*
*STREMMEL AUCTIONS, LLC, STEVEN STREMMEL,*
*HUDSON STREMMEL and AMY N. TIRRE*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>         Plaintiff,<br><br>v.<br><br>BRUCE T. BEESLEY, et al.,<br><br>         Defendants. | Case No.: CV-19-1480 JSW |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15)**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date: April 8, 2019                          `         */s/ Wayne A. Silver*
                                             Wayne A. Silver, Defendant in pro se, and
                                             attorney for Defendants KENMARK
                                             VENTURES, LLC, KEN TERSINI, MARK
                                             TERSINI, JENNIFER JODOIN,
                                             STREMMEL AUCTIONS, LLC, STEVEN
                                             STREMMEL,  HUDSON STREMMEL and
                                             AMY N. TIRRE

Certificate of Interested Entities Or Persons (Civ. L.R. 3-15)          Case No.: CV-19-1480 JSW