Byron S. Hollins, SB# 113423
HOLLINS & ASSOCIATES
23801 Calabasas Road, Suite 100
Calabasas CA 91302
*Phone:        818.223.0300*
*Fax:    818.223.0310*
*byron@hollins.legal*

Attorneys for Defendant
Jeffrey L. Hartman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Anthiny G. Thomas, individually, and on behalf of the General Public acting as a Private Attorney General, <br><br> Plaintiff, <br><br> v. <br><br> Bruce T. Beesley, Mrs. Beesley, Jeffrey L. Hartman, Mrs. Hartman, Jeri Coppa-Knudson, Ken Tersini, Mrs. K. Tersini, Jennifer Jodoin, Mr. Jodoin, Wayne Silver, Mrs. Silver, Kenmark Ventures, LLC, Stremmel Auction LLC, Steven Stremmel, Mrs. S. Stremmel, Hudson Stremmel, Amy Tierre and Does 1-1000, inclusive. <br><br> Defendants | Case no. CV-19-1480-JSW <br> (Hon. Jeffrey S. White, Ctrm 5) |

/ / /

/ / /

-1-
NOTICE OF APPEARANCE OF DEFENDANT JEFFREY L. HARTMAN, AND REQUEST FOR NOTICE
CV-19-1480-JSW

1  NOTICE OF APPEARANCE OF DEFENDANT JEFFREY L. HARTMAN, AND REQUEST
2  FOR NOTICE

3  TO: The Court and All Parties and Counsel That Have Appeared Herein:

4  PLEASE TAKE NOTICE that Defendant JEFFREY L. HARTMAN, reserving all rights and

5  remedies, hereby appear through their undersigned attorney, and request all notices in this

6  action be sent to:

7  Byron S. Hollins, SB# 113423
   HOLLINS & ASSOCIATES
8  23801 Calabasas Road, Suite 100
   Calabasas CA 91302
9  Email: byron@hollins.legal

10 Dated:  April 9, 2019                           Respectfully submitted,
                                                   HOLLINS & ASSOCIATES
11
                                                   By:   /s/ *Byron S. Hollins*
12                                                       Byron S. Hollins
                                                         Attorneys for Defendant Jeffrey L.
13                                                       Hartman

## CERTIFICATE OF SERVICE

I, Byron S. Hollins, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 23801 Calabasas Road #100, Calabasas, CA. I am counsel for Defendant JEFFREY L. HARTMAN.

On April 9, 2019 I electronically filed the foregoing NOTICE OF APPEARANCE OF DEFENDANT JEFFREY L. HARTMAN AND REQUEST FOR NOTICE with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in this Action that are registered as CM/ECF users will be served by the CM/ECF system.

In addition on said date, I served the foregoing document on Anthony Thomas, Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Anthony Thomas
7725 Peavine Peak Court
Reno, NV 89523

and on the same day, depositing said envelope in the U.S. Mail at Calabasas, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2019 at Calabasas, CA.

                                                /s/ *Byron S. Hollins*
                                                Byron S. Hollins