**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>　　　Plaintiff,<br>v.<br>BRUCE T. BEESLEY, et al.,<br>　　　Defendants. | Case No.: CV-19-1480 JSW<br><br>**[PROPOSED] ORDER ON DEFENDANT WAYNE A. SILVER'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>　Date:　May 24, 2019<br>　Time:　9:00 a.m.<br>　Court:　Courtroom 5<br><br>　Complaint Filed: March 21, 2019<br>　Trial Date: None Set |

　　　The Court having read and considered Defendant WAYNE A. SILVER's ("Silver") motion to dismiss the Complaint against him filed by ANTHONY THOMAS pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") ("Motion") and the Omnibus Request for Judicial Notice filed on April 12, 2019, good cause appearing, hereby GRANTS the Request for Judicial Notice, and finds:

　　　1.　　Thomas is the Debtor in Bankruptcy Case No. 14-BK-50333-BTB (the "Bankruptcy Case") pending in the U.S. Bankruptcy Court for the District of Nevada ("Bankruptcy Court"). The Bankruptcy Case was originally filed under Chapter 11 on March 4, 2014, and subsequently converted to a Chapter 7 Case on August 29, 2014. The Chapter 7 Trustee is co-defendant Jerri Coppa-Knudson ("Bankruptcy Trustee), represented in the Bankruptcy Case by co-defendant Jeffrey L. Hartman.

2. Silver represented co-defendant KENMARK VENTURES, LLC ("Kenmark") in the Bankruptcy Case, and in a bankruptcy adversary proceeding against Thomas filed in the Bankruptcy Case, Adversary Proceeding No. 14-5022. The Adversary Proceeding was filed to determine whether a $4.5 million dollar judgment against Thomas in favor of Kenmark (the "Superior Court Judgment") in Santa Clara Superior Court, Case No. 108CV130667 (the "Santa Clara Case") was non-dischargeable under the Federal bankruptcy laws.

3. Kenmark prevailed after trial in the Adversary Proceeding, and was awarded a judgment against Thomas finding the Superior Court Judgment was non dischargeable (the "Non-Dischargeable Judgment"). Thomas appealed the Non-Dischargeable Judgment to the Ninth Circuit Bankruptcy Appellate Panel, which affirmed in an unpublished Memorandum Decision. Thomas appealed to the Ninth Circuit Court of Appeals, which also affirmed. Thomas then filed a motion to recall the mandate, which was denied. Thomas has now filed a Petition for Cert with the U.S. Supreme Court, which is pending.

4. The Complaint in this action jumbles multiple claims together and includes allegations immaterial to those claims. It is impossible to know which allegations are directed at Silver. Such a "shotgun" style complaint does not meet the federal pleading standards under FRCP 8, and the Complaint therefore fails to state a claim under FRCP Rule 12(b)(6).

5. This Complaint does not contain a plausible claim against Silver, and is subject to dismissal for (1) the lack of a cognizable legal theory, and/or (2) the absence of sufficient facts alleged under a cognizable legal theory. The Complaint therefore fails to state a claim under FRCP Rule 12(b)(6).

6. Silver is not alleged to have acted in any manner other than as counsel for co-Defendant Kenmark Ventures, LLC, and is therefore immunized under the "agent immunity rule" codified in California Civil Code Section 1714.10. The Complaint therefore fails to state a claim under FRCP Rule 12(b)(6).

7. A pro se complainant can plead himself out of court by pleading facts that undermine the allegations set forth in his complaint, and Plaintiff has done precisely that. The Complaint against Silver could not possibly be cured by the allegation of other facts.

IT IS THEREFORE, HEREBY ORDERED THAT:

The Motion is GRANTED, and Complaint against Silver is hereby DISMISSED without leave to amend.

**IT IS SO ORDERED.**

Date: _____

_____
HON. JEFFREY S. WHITE
Judge of the United States District Court,
Northern District of California