**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se, and attorney
for STREMMEL AUCTIONS, LLC
STEVEN STREMMEL and
HUDSON STREMMEL*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>    Plaintiff,<br>v.<br>BRUCE T. BEESLEY, et al.,<br>    Defendants. | Case No.: CV-19-1480 JSW<br><br>**[PROPOSED] ORDER ON DEFENDANTS' STREMMEL AUCTIONS, LLC, STEVEN STREMMEL AND HUDSON STREMMEL MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>  Date:  May 24, 2019<br>  Time:  9:00 a.m.<br>  Court: Courtroom 5<br><br>Complaint Filed: March 21, 2019<br>Trial Date: None Set |

The Court having read and considered Defendants STREMMEL AUCTIONS, LLC, STEVEN STREMMEL and HUDSON STREMMEL ("Stremmel Defendants") motion to dismiss the Complaint ("Complaint") against them filed by Anthony Thomas ("Plaintiff," or "Thomas") on March 21, 2019, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP")("Motion"), and the Omnibus Request for Judicial Notice filed on April 12, 2019, good cause appearing, hereby GRANTS the Request for Judicial Notice and finds:

1.     Plaintiff is the Debtor in Bankruptcy Case No. 14-BK-50333-BTB (the "Bankruptcy

Page - 1

[Proposed] Order on Defendants' Stremmel Auctions, LLC, Steven Stremmel and Hudson Stremmel Notice of Motion and Motion To Dismiss Complaint                                    Case No.: CV-19-1480 JSW

1. Case") pending in the U.S. Bankruptcy Court for the District of Nevada ("Bankruptcy Case"). The Bankruptcy Case was originally filed under Chapter 11 on March 4, 2014, and subsequently converted to a Chapter 7 Case. (RJN, Ex. 2). Co-defendant Jeri Coppa-Knudson was appointed as the Chapter 7 Trustee ("Bankruptcy Trustee") by Order entered on September 11, 2014.

2. The Bankruptcy Trustee moved the Bankruptcy Court for authority to employ STREMMEL AUCTIONS, LLC as auctioneers to sell certain assets of the bankruptcy estate known as the Thomas Emerald, and this employment was approved by the Bankruptcy Court by Order entered on October 18, 2017.

3. The Bankruptcy Trustee moved the Bankruptcy Court to confirm the sale of the Thomas Emerald and provided notice of the hearing on November 29, 2018, which Thomas opposed. The sale of the Thomas Emerald was not confirmed at the March 22, 2019 hearing, due to co-defendant Bankruptcy Judge Bruce T. Beesley's decision to recuse himself.

4. Plaintiff did not comply with Supreme Court precedent set forth in *Barton v. Barbour*, 104 U.S. 126 (1881), and its progeny, (the "Barton doctrine") before filing the Complaint in this action. The Barton doctrine provides that, before a lawsuit is brought against a receiver or bankruptcy trustee, or the trustee's attorneys or agents, leave of court by which the Trustee was appointed must be obtained. *In re VistaCare Group, LLC*, 678 F.3d 218, 224-25 (3d Cir. 2012); *In re Crown Vantage, Inc.*, 421 F.3d 963 (9th Cir. 2005) The Court therefore lacks jurisdiction over the Complaint against the Stremmel Defendants under FRCP 12(b)(1).

5. This Complaint does not contain a plausible claim against the Stremmel Defendants, and is subject to dismissal for (1) the lack of a cognizable legal theory, and/or (2) the absence of sufficient facts alleged under a cognizable legal theory. The Complaint therefore fails to state a claim under FRCP Rule 12(b)(6).

6. The Plaintiff has not suffered any damages, and therefore the claims in the Complaint are not prudentially ripe for decision under FRCP Rule 12(b)(6).

7. A pro se complainant can plead himself out of court by pleading facts that undermine the allegations set forth in his complaint, and Plaintiff has done precisely that. The Complaint against the Stremmel Defendants could not possibly be cured by the allegation of other facts.

Page - 2

[Proposed] Order on Defendants' Stremmel Auctions, LLC, Steven Stremmel and Hudson Stremmel Notice of Motion and Motion To Dismiss Complaint

Case No.: CV-19-1480 JSW

1   IT IS THEREFORE, HEREBY ORDERED THAT:

2   The Motion is GRANTED, and Complaint against the Stremmel Defendants is hereby

3   DISMISSED without leave to amend.

4   **IT IS SO ORDERED.**

5   Date: _____                    _____

6                                                HON. JEFFREY S. WHITE
                                                 Judge of the United States District Court,
7                                                Northern District of California

[Proposed] Order on Defendants' Stremmel Auctions, LLC, Steven Stremmel and Hudson Stremmel Notice of Motion and Motion To Dismiss Complaint            Case No.: CV-19-1480 JSW