**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se, and attorney for* STREMMEL AUCTIONS, LLC STEVEN STREMMEL and HUDSON STREMMEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>   Plaintiff,<br>v.<br>BRUCE T. BEESLEY, et al.,<br>   Defendants. | Case No.: CV-19-1480 JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  May 24, 2019<br>Time:  9:00 a.m.<br>Court: Courtroom 5<br><br>Complaint Filed: March 21, 2019<br>Trial Date: None Set |

I, Wayne A. Silver, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 643 Bair Island Road, Suite 403 Redwood City, CA 94063. I am a defendant in the above-captioned civil action ("Action").

On April 12, 2019 I electronically filed the:

DEFENDANTS' STREMMEL AUCTIONS, LLC, STEVEN STREMMEL AND HUDSON STREMMEL NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

[PROPOSED] ORDER ON DEFENDANTS' STREMMEL AUCTIONS, LLC, STEVEN STREMMEL AND HUDSON STREMMEL MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

with the U.S. District Court for the Northern District of California by using the CM/ECF

1  system. All participants in the Action that are registered as CM/ECF users will be served by the
2  CM/ECF system.
3      In addition on said date, I served the foregoing described documents on Anthony Thomas,
4  Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and
5  correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as
6  follows:
7      Anthony Thomas
       7725 Peavine Peak Court
8      Reno, NV 89523
9  and on the same day, depositing said envelope in the U.S. Mail at Redwood City, California.
10     I declare under penalty of perjury under the laws of the United States of America that the
11 foregoing is true and correct. Executed on April 12, 2019 at Redwood City, California.

              /s/ *Wayne A. Silver*
              Wayne A. Silver