Byron S. Hollins, SB# 113423
HOLLINS & ASSOCIATES
23801 Calabasas Road, Suite 100
Calabasas CA 91302
Phone:      818.223.0300
Fax:   818.223.0310
byron@hollins.legal

Attorneys for Defendant
Jeffrey L. Hartman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Anthiny G. Thomas, individually, and on behalf of the General Public acting as a Private Attorney General,<br><br>    Plaintiff,<br><br>v.<br><br>Bruce T. Beesley, Mrs. Beesley, Jeffrey L. Hartman, Mrs. Hartman, Jeri Coppa-Knudson, Ken Tersini, Mrs. K. Tersini, Jennifer Jodoin, Mr. Jodoin, Wayne Silver, Mrs. Silver, Kenmark Ventures, LLC, Stremmel Auction LLC, Steven Stremmel, Mrs. S. Stremmel, Hudson Stremmel, Amy Tierre and Does 1-1000, inclusive.<br><br>    Defendants | Case no. CV-19-1480-JSW<br>(Hon. Jeffrey S. White, Ctrm 5) |

/ / /

/ / /

1  CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15)

2  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

3  named parties, there is no such interest to report.

4

5  Dated: April 15, 2019

                                              Respectfully submitted,
HOLLINS & ASSOCIATES

By:  /s/ *Byron S. Hollins*
Byron S. Hollins
Attorneys for Defendant Jeffrey L. Hartman

HOLLINS & ASSOCIATES

## CERTIFICATE OF SERVICE

I, Byron S. Hollins, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 23801 Calabasas Road #100, Calabasas, CA. I am counsel for Defendant JEFFREY L. HARTMAN.

On April 15, 2019 I electronically filed the foregoing CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15) with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in this Action that are registered as CM/ECF users will be served by the CM/ECF system.

In addition on said date, I served the foregoing document on Anthony Thomas, Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Anthony Thomas
7725 Peavine Peak Court
Reno, NV 89523

and on the same day, depositing said envelope in the U.S. Mail at Calabasas, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2019 at Calabasas, CA.

/s/ *Byron S. Hollins*
Byron S. Hollins