Byron S. Hollins, SB# 113423
HOLLINS & ASSOCIATES
23801 Calabasas Road, Suite 100
Calabasas CA 91302
Phone:    818.223.0300
Fax:    818.223.0310
byron@hollins.legal

Attorneys for Defendant
Jeffrey L. Hartman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Anthiny G. Thomas, individually, and on behalf of the General Public acting as a Private Attorney General,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bruce T. Beesley, Mrs. Beesley, Jeffrey L. Hartman, Mrs. Hartman, Jeri Coppa-Knudson, Ken Tersini, Mrs. K. Tersini, Jennifer Jodoin, Mr. Jodoin, Wayne Silver, Mrs. Silver, Kenmark Ventures, LLC, Stremmel Auction LLC, Steven Stremmel, Mrs. S. Stremmel, Hudson Stremmel, Amy Tierre and Does 1-1000, inclusive.<br><br>　　　　Defendants | Case no. CV-19-1480-JSW<br>(Hon. Jeffrey S. White, Ctrm 5)<br><br>[PROPOSED] ORDER ON DEFENDANT JEFFREY L. HARTMAN'S MOTION TO DISMISS<br><br>Date: May 24, 2019<br>Time: 9:00 am<br>Courtroom: 5<br><br>Complaint Filed:    March 21, 2019<br>Trial Date: None Set |

/ / /

/ / /

The Court having read and considered Defendant Jeffrey L. Hartman's ("Hartman") motion to dismiss the Complaint against him filed by ANTHONY THOMAS pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") ("Motion") and the Requests for Joinder, good cause appearing, hereby GRANTS the Request for Joinder, and finds:

1. Thomas is the Debtor in Bankruptcy Case No. 14-BK-50333-BTB (the "Bankruptcy Case") pending in the U.S. Bankruptcy Court for the District of Nevada ("Bankruptcy Court"). The Bankruptcy Case was originally filed under Chapter 11 on March 4, 2014, and subsequently converted to a Chapter 7 Case on August 29, 2014. The Chapter 7 Trustee is co-defendant Jerri Coppa-Knudson ("Bankruptcy Trustee), represented in the Bankruptcy Case by co-defendant Jeffrey L. Hartman.

2. Hartman represented the Bankruptcy Trustee in the Bankruptcy Case, and in a bankruptcy adversary proceeding against Thomas filed in the Bankruptcy Case, Adversary Proceeding No. 14-5022. The Adversary Proceeding was filed to determine whether a $4.5 million dollar judgment against Thomas in favor of Kenmark (the "Superior Court Judgment") in Santa Clara Superior Court, Case No. 108CV130667 (the "Santa Clara Case") was nondischargeable under the Federal bankruptcy laws.

3. Thomas appealed the Non-Dischargeable Judgment to the Ninth Circuit Bankruptcy Appellate Panel, which affirmed in an unpublished Memorandum Decision. Thomas appealed to the Ninth Circuit Court of Appeals, which also affirmed. Thomas then filed a motion to recall the mandate, which was denied. Thomas has now filed a Petition for Cert with the U.S. Supreme Court, which is pending.

4. The Complaint in this action jumbles multiple claims together and includes allegations immaterial to those claims. It is impossible to know which allegations are directed at Hartman. Such a "shotgun" style complaint does not meet the federal pleading standards under FRCP 8, and the Complaint therefore fails to state a claim under FRCP Rule 12(b)(6).

5. This Complaint does not contain a plausible claim against Hartman, and is subject to dismissal for (1) the lack of a cognizable legal theory, and/or (2) the absence of sufficient facts alleged under a cognizable legal theory. The Complaint therefore fails to state a claim

under FRCP Rule 12(b)(6).

6. Hartman is not alleged to have acted in any manner other than as counsel for the Bankruptcy Trustee, and is therefore immunized under the "agent immunity rule" codified in California Civil Code Section 1714.10. The Complaint therefore fails to state a claim under FRCP Rule 12(b)(6).

7. Plaintiff's claims are barred by the relevant statute under California Civil Code sections 47(b) and 1714.10.

8. A pro se complainant can plead himself out of court by pleading facts that undermine the allegations set forth in his complaint, and Plaintiff has done precisely that. The Complaint against Hartman could not possibly be cured by the allegation of other facts.

IT IS THEREFORE, HEREBY ORDERED THAT:

The Motion is GRANTED, and Complaint against Hartman is hereby DISMISSED without leave to amend.

IT IS SO ORDERED.

Dated: May ___, 2019

_____
HON. JEFFREY S. WHITE
Judge of the United States District Court,
Northern District of California

CERTIFICATE OF SERVICE

I, Byron S. Hollins, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 23801 Calabasas Road #100, Calabasas, CA. I am counsel for Defendant JEFFREY L. HARTMAN.

On April 15, 2019 I electronically filed the foregoing [PROPOSED] ORDER ON DEFENDANT JEFFREY L. HARTMAN'S MOTION TO DISMISS with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in this Action that are registered as CM/ECF users will be served by the CM/ECF system.

In addition on said date, I served the foregoing document on Anthony Thomas, Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Anthony Thomas
7725 Peavine Peak Court
Reno, NV 89523

and on the same day, depositing said envelope in the U.S. Mail at Calabasas, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2019 at Calabasas, CA.

/s/ *Byron S. Hollins*
Byron S. Hollins