1  Byron S. Hollins, SB# 113423
   HOLLINS & ASSOCIATES
2  23801 Calabasas Road, Suite 100
   Calabasas CA 91302
3  *Phone:       818.223.0300*
   *Fax:    818.223.0310*
4  *byron@hollins.legal*

5  Attorneys for Defendant
   Jeffrey L. Hartman
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                              **OAKLAND DIVISION**

| | |
|---|---|
| Anthiny G. Thomas, individually, and on behalf of the General Public acting as a Private Attorney General,<br><br>            Plaintiff,<br><br>v.<br><br>Bruce T. Beesley, Mrs. Beesley, Jeffrey L. Hartman, Mrs. Hartman, Jeri Coppa-Knudson, Ken Tersini, Mrs. K. Tersini, Jennifer Jodoin, Mr. Jodoin, Wayne Silver, Mrs. Silver, Kenmark Ventures, LLC, Stremmel Auction LLC, Steven Stremmel, Mrs. S. Stremmel, Hudson Stremmel, Amy Tierre and Does 1-1000, inclusive.<br><br>            Defendants | Case no. CV-19-1480-JSW<br>(Hon. Jeffrey S. White, Ctrm 5)<br><br>NOTICE OF JOINDER BY DEFENDANT HARTMAN IN DEFENDANT WAYNE A. SILVER AND DEFENDANT STREMMEL AUCTIONS, LLC'S MOTIONS TO DISMISS PLAINTIFF"S COMPLAINT |

27  / / /
28  / / /

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendant Hartman (hereinafter "Defendant") hereby joins the Motion of Defendant Wayne A. Silver's (hereafter "Silver") to Dismiss Plaintiff's Complaint (Dkt # 17) and Silver's Omnibus Request for Judicial Notice (Dkt # 18) and the Motion of Defendant Stremmel Auctions, LLC's, et al ("Stremmel") to Dismiss Plaintiff's Complaint (Dkt # 20) and Stremmel's Omnibus Request for Judicial Notice (Dkt # 22 ).

The arguments set forth in Silver and Stremmel's Motion and Memorandum of Points and Authorities and Omnibus Request for Judicial Notice in support of said motion apply to Defendant, and Defendant hereby adopts said Motion, as well as all documents and evidence filed in support thereof. Accordingly, for the reasons set forth in Defendants' Motion to Dismiss (Dkt # 24 ) and Silver and Stremmel's Motion to Dismiss and Request for Judicial Notice (Dkts #17, 18, 20 and 22), Defendant respectfully requests that the Court dismiss Plaintiff's Complaint in its entirety.

The Complaint's allegations with respect to Defendant Hartman are, based on the unintelligible pleadings, in parts related and in parts unrelated to the allegations against Defendant Silver and Stremmel. Nonetheless Defendant Hartman joins Silver and Stremmel's Motion in an abundance of caution.

Dated: April 15, 2019

Respectfully submitted,
HOLLINS & ASSOCIATES

By:  /s/ *Byron S. Hollins*
Byron S. Hollins
Attorneys for Defendant Jeffrey L. Hartman

CERTIFICATE OF SERVICE

I, Byron S. Hollins, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 23801 Calabasas Road #100, Calabasas, CA. I am counsel for Defendant JEFFREY L. HARTMAN.

On April 9, 2019 I electronically filed the foregoing NOTICE OF JOINDER BY DEFENDANTHARTMAN  IN DEFENDANT WAYNE A. SILVER AND DEFENDANT STREMMEL AUCTIONS, LLC'S MOTIONS TO DISMISS PLAINTIFF"S COMPLAINT with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in this Action that are registered as CM/ECF users will be served by the CM/ECF system.

In addition on said date, I served the foregoing document on Anthony Thomas, Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Anthony Thomas
7725 Peavine Peak Court
Reno, NV 89523

and on the same day, depositing said envelope in the U.S. Mail at Calabasas, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2019 at Calabasas, CA.

/s/ *Byron S. Hollins*
Byron S. Hollins