**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:     (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se, and attorney for*
*Defendants KENMARK VENTURES, LLC,*
*KEN TERSINI, MARK TERSINI and JENNIFER JODOIN*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>        Plaintiff,<br><br>v.<br><br>BRUCE T. BEESLEY, et al.,<br><br>        Defendants. | Case No.: CV-19-1480 JSW<br><br>**[PROPOSED] ORDER ON DEFENDANTS' KENMARK VENTURES, LLC, KEN TERSINI, MARK TERSINI AND JENNIFER JODOIN MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6); CERTIFICATE OF SERVICE**<br><br>  Date:   May 24, 2019<br>  Time:   9:00 a.m.<br>  Court:  Courtroom 5<br><br>Complaint Filed: March 21, 2019<br>Trial Date: None Set |

The Court having read and considered Defendants KENMARK VENTURES, LLC, KEN TERSINI, MARK TERSINI and JENNIFER JODOIN ("Kenmark Defendants") motion to dismiss the Complaint ("Complaint") against them filed by Anthony Thomas ("Plaintiff," or "Thomas") on March 21, 2019, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") ("Motion"), and the Omnibus Request for Judicial Notice filed on April 12, 2019 (Docket No. 22), good cause appearing, hereby GRANTS the Request for Judicial Notice and finds:

1.     Plaintiff is the Debtor in Bankruptcy Case No. 14-BK-50333-BTB (the "Bankruptcy Case") pending in the U.S. Bankruptcy Court for the District of Nevada ("Bankruptcy Case"). The

Page - 1
[Proposed] Order on Defendants' Kenmark Ventures, LLC, Ken Tersini, Mark Tersini and Jennifer Jodoin's Motion To Dismiss Complaint

Case No.: CV-19-1480 JSW

Bankruptcy Case was originally filed under Chapter 11 on March 4, 2014, and subsequently converted to a Chapter 7 Case. Co-defendant Jeri Coppa-Knudson was appointed as the Chapter 7 Trustee ("Bankruptcy Trustee") by Order entered on September 11, 2014.

2. KENMARK VENTURES, LLC ("KENMARK") filed an adversary proceeding against Thomas in the Bankruptcy Case, Adversary Proceeding No. 14-5022 ("Adversary Proceeding"). The Adversary Proceeding was filed to determine whether a $4.5 million dollar judgment against Thomas in favor of Kenmark (the "Superior Court Judgment") in Santa Clara Superior Court, Case No. 108CV130667 (the "Santa Clara Case") was non-dischargeable under the Federal bankruptcy laws.

3. Kenmark prevailed after trial in the Adversary Proceeding, and was awarded a judgment against Thomas finding the Superior Court Judgment was non dischargeable (the "Non-Dischargeable Judgment"). Thomas appealed the Non-Dischargeable Judgment to the Ninth Circuit Bankruptcy Appellate Panel, which affirmed in an unpublished Memorandum Decision. Thomas appealed to the Ninth Circuit Court of Appeals, which also affirmed. Thomas then filed a motion to recall the mandate, which was denied. Thomas has now filed a Petition for Certiorari with the U.S. Supreme Court, which is pending.

4. The Bankruptcy Trustee moved the Bankruptcy Court for authority to employ Stremmel Auctions, LLC as auctioneers to sell certain assets of the bankruptcy estate known as the Thomas Emerald, and this employment was approved by the Bankruptcy Court by Order entered on October 18, 2017.

5. The Bankruptcy Trustee also moved the Bankruptcy Court to confirm the sale of the Thomas Emerald and provided notice of the hearing on November 29, 2018, which Thomas opposed. The sale of the Thomas Emerald was not confirmed at the March 22, 2019 hearing, due to co-defendant Bankruptcy Judge Bruce T. Beesley's decision to recuse himself.

6. This Complaint does not contain a plausible claim against the Kenmark Defendants, and is subject to dismissal for both (1) the lack of a cognizable legal theory, and (2) the absence of sufficient facts alleged under a cognizable legal theory. The Complaint therefore fails to state a claim under FRCP Rule 12(b)(6).

Page - 2

[Proposed] Order on Defendants' Kenmark Ventures, LLC, Ken Tersini, Mark Tersini and Jennifer Jodoin's Motion To Dismiss Complaint

Case No.: CV-19-1480 JSW

7. The Plaintiff seeks relief from, and/or inextricably intertwined with, the Superior Court Judgment and Non-Dischargeable Judgment, which is barred by the Rooker-Feldman doctrine. This Court therefore lacks subject matter jurisdiction under FRCP 12(b)(1).

8. The Plaintiff has not suffered any damages, and therefore the claims in the Complaint are not prudentially ripe for decision under FRCP Rule 12(b)(6).

9. A pro se complainant can plead himself out of court by pleading facts that undermine the allegations set forth in his complaint, and Plaintiff has done precisely that. The Complaint against the Kenark Defendants could not possibly be cured by the allegation of other facts.

**IT IS THEREFORE, HEREBY ORDERED THAT**:

The Motion is GRANTED, and Complaint against KENMARK VENTURES, LLC, KEN TERSINI, MARK TERSINI and JENNIFER JODOIN is hereby DISMISSED without leave to amend.

**IT IS SO ORDERED.**

Date: _____

_____
HON. JEFFREY S. WHITE
Judge of the United States District Court,
Northern District of California

Page - 3

[Proposed] Order on Defendants' Kenmark Ventures, LLC, Ken Tersini, Mark Tersini and Jennifer Jodoin's Motion To Dismiss Complaint

Case No.: CV-19-1480 JSW

**CERTIFICATE OF SERVICE**

I, Wayne A. Silver, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 643 Bair Island Road, Suite 403 Redwood City, CA 94063. I am a defendant in the above-captioned civil action ("Action"), and the attorney for Defendants KENMARK VENTURES, LLC, KEN TERSINI, MARK TERSINI and JENNIFER JODOIN.

On April 15, 2019, I electronically filed the foregoing [PROPOSED] ORDER ON DEFENDANTS' KENMARK VENTURES, LLC, KEN TERSINI, MARK TERSINI AND JENNIFER JODOIN MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in the Action that are registered as CM/ECF users will be served by the CM/ECF system.

In addition on said date, I served the foregoing described document on Anthony Thomas, Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Anthony Thomas
7725 Peavine Peak Court
Reno, NV 89523

and on the same day, depositing said envelope in the U.S. Mail at Henderson, Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2019 at Henderson, Nevada.

/s/ *Wayne A. Silver*
Wayne A. Silver

[Proposed] Order on Defendants' Kenmark Ventures, LLC, Ken Tersini, Mark Tersini and Jennifer Jodoin's Motion To Dismiss Complaint

Case No.: CV-19-1480 JSW