1   **LAW OFFICE OF WAYNE A. SILVER**
2   Wayne A. Silver (108135)
    643 Bair Island Road, Suite 403
3   Redwood City, CA 94063
    Phone: (650) 282-5970
4   Fax:    (650) 282-5980
    Email: ws@waynesilverlaw.com
5
    *Defendant in pro se, and attorney*
6   *for STREMMEL AUCTIONS, LLC*
    *STEVEN STREMMEL and*
7   *HUDSON STREMMEL*

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                         **OAKLAND DIVISION**

11

12   ANTHONY G. THOMAS, individually and on      Case No.: CV-19-1480 JSW
     behalf of the General Public acting as a Private
13   Attorney General,                            **CERTIFICATE OF SERVICE**

14          Plaintiff,                             Date:   May 24, 2019
                                                   Time:   9:00 a.m.
     v.                                            Court:  Courtroom 5
15
     BRUCE T. BEESLEY, et al.,
16                                                 Complaint Filed: March 21, 2019
            Defendants.                            Trial Date: None Set
17

18          I, Wayne A. Silver, the undersigned, hereby declare:

19          I am an attorney duly licensed to practice in the State of California and before this Court,

20   with offices at 643 Bair Island Road, Suite 403 Redwood City, CA 94063. I am a defendant in the

21   above-captioned civil action ("Action").

22          On April 12, 2019 I electronically filed the:

23          DEFENDANTS' STREMMEL AUCTIONS, LLC, STEVEN STREMMEL AND HUDSON
            STREMMEL NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT
24          PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6); MEMORANDUM OF POINTS
            AND AUTHORITIES IN SUPPORT
25
            [PROPOSED] ORDER ON DEFENDANTS' STREMMEL AUCTIONS, LLC, STEVEN
26          STREMMEL AND HUDSON STREMMEL MOTION TO DISMISS COMPLAINT
            PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)
27
            with the U.S. District Court for the Northern District of California by using the CM/ECF
28

                                            Page - 1
     Certificate of Service                                      Case No.: CV-19-1480 JSW

1   system. All participants in the Action that are registered as CM/ECF users will be served by the

2   CM/ECF system.

3          In addition on said date, I served the foregoing described documents on Anthony Thomas,

4   Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and

5   correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as

6   follows:

7          Anthony Thomas
       7725 Peavine Peak Court
8       Reno, NV 89523

9   and on the same day, depositing said envelope in the U.S. Mail at Redwood City, California.

10         I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct. Executed on April 12, 2019 at Redwood City, California.

12                                              /s/ Wayne A. Silver
                                              Wayne A. Silver
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service                                    Case No.: CV-19-1480 JSW