**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>    Plaintiff,<br>v.<br>BRUCE T. BEESLEY, et al.,<br><br>    Defendants. | Case No.: CV-19-1480 JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  May 24, 2019<br>Time:  9:00 a.m.<br>Court:  Courtroom 5<br><br>Complaint Filed: March 21, 2019<br>Trial Date: None Set |

I, Wayne A. Silver, the undersigned, hereby declare:

I am an attorney duly licensed to practice in the State of California and before this Court, with offices at 643 Bair Island Road, Suite 403 Redwood City, CA 94063. I am a defendant in the above-captioned civil action ("Action").

On April 12, 2019 I electronically filed the:

DEFENDANT WAYNE A. SILVER'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

OMNIBUS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF FED. R. CIV. PRO. 12(b)(1) AND (6) MOTIONS TO DISMISS

[PROPOSED ORDER] ON DEFENDANT WAYNE A. SILVER'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in the Action that are registered as CM/ECF users will be served by the CM/ECF system.

1  In addition on said date, I served the foregoing described documents on Anthony Thomas, Plaintiff in the Action, via electronic mail to atemerald2@gmail.com, and also by placing a true and correct copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Anthony Thomas
7725 Peavine Peak Court
Reno, NV 89523

and on the same day, depositing said envelope in the U.S. Mail at Redwood City, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2019 at Redwood City, California.

/s/ *Wayne A. Silver*
Wayne A. Silver