1  Name: Anthony G. Thomas
2  Address: 7725 Peavine Peak Court
   Reno, NV 89523
3  Phone Number: (408) 640-2795
4  E-mail Address: atemerald2@gmail.com
5  Pro Se

FILED
APR 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony G. Thomas et al.

Plaintiff,

vs.

Bruce T. Beesley et al.

Defendant.

Case Number: CV-19-1480-JSW

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

Judge: Hon. Jeffrey S. White

As the (Plaintiff/Defendant) **Plaintiff** in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - [x] A computer with internet access;
   - [x] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [x] A scanner to convert documents that are only in paper format into electronic files;
   - [x] A printer or copier to create trequired paper copies such as chambers copies;
   - [x] A word-processing program to create documents; and
   - [x] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 4-1-2019       Signature: Tony Thomas
                                Anthony G. Thomas