RECEIVED

APR 17 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1  Name: Anthony G. Thomas
2  Address: 7725 Peavine Peak Court
   Reno, NV 89523
3  Phone Number: (408) 640-2795
4  E-mail Address: atemerald2@gmail.com
5  Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV-19-1480-JSW

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

Plaintiff,

vs.

DATE:
TIME:
COURTROOM:
JUDGE:

Defendant.

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge