1  Name: Anthony G. Thomas
2  Address: 7725 Peavine Peak Court
   Reno, NV 89523
3  Phone Number: (408) 640-2795
4  E-mail Address: atemerald2@gmail.com
5  Pro Se

RECEIVED
APR 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY G. THOMAS,

Plaintiff,

vs.

BRUCE BEESLEY, et al.

Defendants

) Case Number: CV-19-1480-JSW
)
) [PROPOSED] ORDER GRANTING
) MOTION FOR PERMISSION FOR
) ELECTRONIC CASE FILING
)
) DATE:
) TIME:
) COURTROOM:
) JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: April 17, 2019

_____
Jeffrey S. White
United States District/~~Magistrate~~ Judge