UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY G THOMAS,<br><br>        Plaintiffs,<br><br>   v.<br><br>BRUCE T. BEESLEY, et al.,<br><br>        Defendants. | Case No.: 4:19-cv-01480-JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 4/17/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Anthony G Thomas
7725 Peavine Peak Court
Reno, CA 89523

Dated: 4/17/2019

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By: _____
                                                Jennifer Ottolini, Deputy Clerk to
                                                the Honorable Jeffrey S. White