UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY G. THOMAS,<br>    Plaintiff,<br>v.<br>BRUCE T. BEESLEY, et al.,<br>    Defendants. | Case No. 19-cv-01480-JSW<br><br>**ORDER REGARDING MOTION TO DISQUALIFY**<br><br>Re: Dkt. No. 34 |

On April 30, 2019, Plaintiff filed a motion to disqualify Defendant Wayne Silver, and he noticed that hearing for May 24, 2019, a date on which Defendants have noticed motions to dismiss for hearings. Under Northern District Civil Local Rule 7-2(a), "[e]xcept as otherwise ordered or permitted by the assigned Judge or these Local Rules, and except for motions made during the course of a trial or hearing, all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion."

Plaintiff noticed his motion to disqualify on a date that is less than 35 days from the date it was filed and, therefore, it does not comply with Local Rule 7-2(a). However, the Court concludes it would be most efficient to consider that motion on the same date that it considers Defendants' motions to dismiss. Accordingly, it will not require Plaintiff to re-notice the motion for hearing. The briefing schedule triggered by the Northern District Civil Local Rules remains in place.

However, the Court advises **all parties** that, going forward, before filing a motion they must consult the Court's website to ensure the date on which they seek to notice a hearing is an open and available date for terminal digit "0." If a date is not available and a party wishes to have

1  that motion heard on shortened time, they may file an administrative motion seeking such relief.
2  **IT IS SO ORDERED.**
3  Dated: April 30, 2019

_____
JEFFREY S. WHITE
United States District Judge