**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Defendant in pro se, and attorney for*
*Defendants STREMMEL AUCTIONS LLC,*
*STEVEN STREMMEL, HUDSON STREMMEL,*
*AMY N. TIRRE, KENMARK VENTURES, LLC,*
*KEN TERSINI, MARK TERSINI,*
*and JENNIFER JODOIN*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ANTHONY G. THOMAS, individually and on behalf of the General Public acting as a Private Attorney General,<br><br>        Plaintiff,<br><br>v.<br><br>BRUCE T. BEESLEY, et al.,<br><br>        Defendants. | Case No.: CV-19-1480 JSW<br><br>**DECLARATION OF WAYNE A. SILVER IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY ATTORNEY**<br><br> Date:   May 24, 2019<br> Time:   9:00 a.m.<br> Court:   Courtroom 5<br><br>Complaint Filed: March 21, 2019<br>Trial Date: None Set |

I, WAYNE A. SILVER, hereby declare:

1.      I am an adult individual and a licensed California attorney with offices in Redwood City, California. I have personal knowledge of the facts contained in this declaration, except where such facts are stated on information and belief, in which case I believe them to be true.  If called as a witness in this Action, I could and would testify competently to the following facts.

2.      I am appearing in this Action pro se, and as counsel for Defendants' KENMARK VENTURES, LLC ("Kenmark"), KEN TERSINI, MARK TERSINI, JENNIFER JODOIN ("Kenmark Defendants"), STREMMEL AUCTIONS LLC, STEVEN STREMMEL, HUDSON STREMMEL ("Stremmel Defendants"), and AMY N. TIRRE ("Tirre"), all of whom are collectively

Page - 1

referred to as the "Clients."

3.      I never represented Plaintiff ANTHONY THOMAS ("Thomas"), AT Emerald, LLC, or to the best of my knowledge, information and belief, anyone affiliated with either of them.

4.      Kenmark retained my office on or about April 1, 2014 to represent Kenmark's interests in Thomas's and AT Emerald's bankruptcy cases,[1] and to file and prosecute a bankruptcy adversary proceeding against Thomas.

5.      The bankruptcy adversary proceeding was filed (Adversary Proceeding No. 14-5022, "Adversary Proceeding") to determine whether a $4.5 million dollar judgment against Thomas in favor of Kenmark (the "Superior Court Judgment,"[2]) in Santa Clara Superior Court, Case No. 108CV130667 (the "Santa Clara Case") was non-dischargeable under the Federal bankruptcy laws. (RJN, Ex. 9, Adversary Complaint).

6.      Kenmark prevailed after trial in the Adversary Proceeding, and was awarded a judgment against Thomas finding the Superior Court Judgment was non-dischargeable (RJN, Ex. 10, the "Non-Dischargeable Judgment"). Thomas appealed the Non-Dischargeable Judgment to the Ninth Circuit Bankruptcy Appellate Panel, which affirmed in an unpublished Memorandum Decision (RJN, Ex. 11). Thomas appealed to the Ninth Circuit Court of Appeals, which also affirmed. (RJN, Ex. 12). Thomas then filed a motion to recall the mandate, which was denied (RJN, Ex. 13). Thomas has now filed a Petition for Certiorari with the U.S. Supreme Court, which is pending. (RJN, Ex. 14).

7.      I did not appear on behalf of Kenmark in either the Santa Clara Case or the "Replevin Case in Sarasota Florida Court."

8.      Reserving all attorney-client and attorney work-product privileges:

(i)      I provided a copy of Thomas's Motion to Disqualify Wayne Silver for Multiple Conflicts of Interest, Violation of Witness-Advocate Rule ("Motion") to each of my Clients shortly after the Motion was filed;

---

[1] Case Nos. 14-BK-50333-BTB and 14-BK-50331-BTB, respectively, as filed in the U.S. Bankruptcy Court for the District of Nevada ("Bankruptcy Court").
[2] Omnibus Request for Judicial Notice filed on April 12, 2019 (Docket No. 18) ("RJN") Ex. 8.

Page - 2

1           (ii)     I thereafter obtained informed written consent from each of my Clients to
2   continue representing them, which consent was also obtained at the time of my initial retention;
3           (iii)    appropriate steps were taken at the time of my retention to make sure client
4   confidences are preserved in light of my representation of these multiple Clients; and,
5           (iv)    each of my Clients has agreed to be represented by other counsel should this
6   Action proceed to trial, thereby avoiding any potential prejudice if I must testify as a witness.
7           I declare under penalty of perjury of the laws of the United States of America that the
8   foregoing is true and correct, except as to those matters stated on information and belief, in which
9   case I believe them to be true.
10          Executed on May 9, 2019 at Redwood City, California.
11
12                                            */s/ Wayne A. Silver*
                                              Wayne A. Silver
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Wayne A. Silver in Support of Opposition to Motion to    Case No.: CV-19-1480 JSW
Disqualify Attorney

1

**CERTIFICATE OF SERVICE**

2      I, Wayne A. Silver, the undersigned, hereby declare:

3      I am an attorney duly licensed to practice in the State of California and before this Court,

4  with offices at 643 Bair Island Road, Suite 403 Redwood City, CA 94063. I am a defendant in the

5  above-captioned civil action ("Action"), and the attorney for Defendants' STREMMEL AUCTIONS

6  LLC, STEVEN STREMMEL, HUDSON STREMMEL, AMY N. TIRRE, KENMARK

7  VENTURES, LLC, KEN TERSINI, MARK TERSINI, and JENNIFER JODOIN.

8      On May ___, 2019 I electronically filed the foregoing DECLARATION OF WAYNE A.

9  SILVER IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY ATTORNEY with the

10 U.S. District Court for the Northern District of California by using the CM/ECF system. All

11 participants in the Action that are registered as CM/ECF users will be served by the CM/ECF

12 system.

13     I declare under penalty of perjury under the laws of the United States of America that the

14 foregoing is true and correct. Executed on May 9, 2019 at Redwood City, California.

15                                                   /s/ *Wayne A. Silver*
                                                     Wayne A. Silver
16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Wayne A. Silver in Support of Opposition to Motion to     Case No.: CV-19-1480 JSW
Disqualify Attorney